VIKTOR B. DOLD, Respondent, *v.* M'LISS F. DOLD et al., as Executors of JACOB C. DOLD, Deceased, Appellants.

*Fraud — false representations — sale of stock alleged to have been induced by false representations.*

*Dold* v. *Dold*, 214 App. Div. 754, affirmed.

(Argued October 14, 1925; decided October 30, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 20, 1925, affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover damages alleged to have been occasioned plaintiff by a sale of stock induced by false and fraudulent representations.

*James McC. Mitchell* for appellants.

*James O. Moore, Simon Fleischmann* and *Frank F. Williams* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

JOHN HOFMANN, JR., as Administrator of the Estate of GRACE HOFMANN, Deceased, Respondent, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

*Negligence — railroads — death of driver of automobile through its being struck by train at grade crossing.*

*Hofmann* v. *N. Y. C. R. R. Co.*, 213 App. Div. 851, affirmed.

(Argued October 14, 1925; decided October 30, 1925.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 28, 1925, unanimously affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. Plaintiff while driving an automobile was killed through its being struck by one of defendant's trains at a grade crossing in the village of Oakfield. There was evidence from which the jury could find that

deceased slowed down to eight or ten miles an hour when approaching the tracks, that she looked in the direction from which the train was coming but that obstructions prevented her from seeing it and that no proper or adequate warning signals were given of the approaching train.

*Howard R. Sturtevant* for appellant.

*B. J. Stedman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Not voting: MCLAUGHLIN, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* STANLEY PRZYBYL, Appellant.

*Crimes — escape — judgment of conviction affirmed.*

*People* v. *Przybyl*, 211 App. Div. 839, affirmed.

(Argued October 16, 1925; decided October 30, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 26, 1924, which affirmed a judgment of the Erie County Court, rendered upon a verdict convicting the defendant of the crime of escape in violation of section 1694 of the Penal Law.

*Alfred L. Harrison* for appellant.

*Guy B. Moore, District Attorney* (*William H. Hartzberg* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.